```
                    FILED
          CLERK, U.S DISTRICT COURT
               JUL 16 2008
          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN L. HUNTER, aka NATHAN LAVELL HUNTER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV 07-2236-RC<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: July 16, 2008

_____
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-2236.jud
7/15/08